1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                  FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  LOY ALLEN BOWMAN,                        No. 2:14-cv-1432-EFB P
12              Petitioner,
13        v.                                 ORDER
14  J. KATAVICH,
15              Respondent.
16
17        Loy Allen Bowman, a state prisoner without counsel, seeks a writ of habeas corpus
18  pursuant to 28 U.S.C. § 2254. He challenges a conviction imposed by the Fresno County
19  Superior Court. Fresno County is part of the Fresno Division of the United States District Court
20  for the Eastern District of California, which is where petitioner should have commenced this
21  action. *See* E.D. Cal., Local Rule 120(d). When a civil action has not been commenced in the
22  proper division of a court, the court may transfer the action to the proper division. *See* E.D. Cal.,
23  Local Rule 120(f).
24        Accordingly, it is hereby ordered that:
25        1. This action is transferred to the district court in Fresno.
26        2. The Clerk of Court shall assign a new case number.
27  /////
28  /////

1

3.  All future filings shall bear the new case number and shall be filed at:

>United States District Court
>Eastern District of California
>2500 Tulare Street
>Fresno, CA 93721

Dated: June 17, 2014.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2